

# Fourth Court of Appeals
## San Antonio, Texas

May 20, 2014

No. 04-13-00064-CR

Donald **AEKINS**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 403rd District Court, Travis County, Texas
Trial Court No. D-1-DC-12-904056
Brenda Kennedy, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marilyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

The court has considered the Appellant's Motion for En Banc Reconsideration, and the motion is DENIED.

_____
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court